The Honorable James J. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRA RUSSELL,<br><br>                Plaintiff,<br><br>    v.<br><br>WADOT CAPITAL, INC., a Washington Corporation; ERIK EGGER and NICOLE HOUSE, as WADOT CAPITAL, INC.'s governing persons;<br><br>MICHAEL WHITE; STEVEN WHITE; HMJOINT, LLC, MICHELE CHAFFEE; LISA HALLMON;<br><br>NCW TRUSTEE SERVICES, LLC, a Washington limited liability company;<br><br>TODD LINDSTROM CORPORATION d/b/a CAPITAL COMPETE, a Washington Corporation; TODD LINDSTROM AND JANE DOE LINDSTROM, as TODD LINDSTROM CORPORATION d/b/a CAPITAL COMPETE's governing person; and<br><br>JOHN DOES 1-10,<br><br>                Defendants. | No. 2:22-cv-00531-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES<br><br>**NOTED FOR CONSIDERATION: MAY 17, 2022** |

STIPULATED MOTION FOR EXTENSION OF TIME

**STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff and Defendants, by and through their attorneys of record, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the Parties represent the following:

1. Defendants removed the case to this Court on April 20, 2022. (Dkt. No. 1.)

2. On May 12, 2022, Plaintiff filed a Motion to Remand, which is noted for June 3, 2022. (Dkt. No. 9.)

3. Given Plaintiff's Motion to Remand, the Parties have agreed to extend the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report by sixty (60) days, pending the Court's ruling on Plaintiff's Motion to Remand.

4. The Parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 17th day of May, 2022.

| | |
|---|---|
| BORIS DAVIDOVSKIY, P.C. | SCHWEET LINDE & COULSON, PLLC |
| By: *s/Boris Davidovskiy* <br> Boris Davidovskiy, WSBA #50593 <br> 6100 219th Street SW, Suite 480 <br> Mountlake Terrace, WA 98043 <br> Tel: 425.582.5200 <br> Fax: 425.582.5222 <br> boris@davidovskiylaw.com <br><br> *Attorney for Plaintiff* | By: *s/John A. McIntosh* <br> Thomas S. Linde, WSBA #14426 <br> John A. McIntosh, WSBA #43113 <br> 575 S. Michigan Street <br> Seattle, WA 98108 <br> Tel: 206.622.3150 <br> Fax: 206.757.7700 <br> tomlinde@schweetlaw.com <br> johnm@schweetlaw.com <br><br> *Attorneys for Defendants WADOT Capital, Inc., Erik Egger, Nicole House, Michael White, Steven White, HMJOINT, LLC, Michele Chaffee, Lisa Hallmon* |

| | |
|---|---|
| EISENHOWER CARLSON PLLC | FORSBERG & UMLAUF |
| By: *s/Darren R. Krattli*<br>Darren R. Krattli, WSBA #39128<br>909 A Street, Suite 600<br>Tacoma, WA 98402-4395<br>Tel: 253.572.4500<br>Fax: 253.272.5732<br>dkrattli@eisenhowerlaw.com | By: *s/Jeffrey T. Kestle*<br>Jeffrey T. Kestle, WSBA #29648<br>Nicole Theresa Morrow, WSBA #51546<br>John A. McIntosh, WSBA #43113<br>901 5th Avenue, Suite 1400<br>Seattle, WA 98164-1039<br>jkestle@foum.law<br>nmorrow@foum.law |
| **Attorneys for Defendants Todd Lindstrom Corporation and Todd Lindstrom, individually, and the marital community of Todd Lindstrom and Tia Lindstrom** | **Attorneys for Defendant NCW Trustee Services, LLC** |

STIPULATED MOTION FOR EXTENSION OF TIME

**ORDER**

Based on the foregoing stipulation, the Court ORDERS that the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report be reset by sixty (60) days in accordance with the Parties' stipulation.

DATED this __17th__ day of __May_____, 2022.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| BORIS DAVIDOVSKIY, P.C. | SCHWEET LINDE & COULSON, PLLC |
| By: *s/Boris Davidovskiy*<br>Boris Davidovskiy, WSBA #50593<br>6100 219th Street SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel: 425.582.5200<br>Fax: 425.582.5222<br>boris@davidovskiylaw.com<br><br>**Attorney for Plaintiff** | By: *s/John McIntosh*<br>Thomas S. Linde, WSBA #14426<br>John A. McIntosh, WSBA #43113<br>575 S. Michigan Street<br>Seattle, WA 98108<br>Tel: 206.622.3150<br>Fax: 206.757.7700<br>tomlinde@schweetlaw.com<br>johnm@schweetlaw.com<br><br>**Attorneys for Defendants WADOT Capital, Inc., Erik Egger, Nicole House, Michael White, Steven White, HMJOINT, LLC, Michele Chaffee, Lisa Hallmon** |
| EISENHOWER CARLSON PLLC | FORSBERG & UMLAUF |
| By: *s/Darren R. Krattli*<br>Darren R. Krattli, WSBA #39128<br>909 A Street, Suite 600<br>Tacoma, WA 98402-4395<br>Tel: 253.572.4500<br>Fax: 253.272.5732<br>dkrattli@eisenhowerlaw.com<br><br>**Attorneys for Defendants Todd Lindstrom Corporation and Todd Lindstrom, individually, and the marital community of Todd Lindstrom and Tia Lindstrom** | By: *s/Jeffrey T. Kestle*<br>Jeffrey T. Kestle, WSBA #29648<br>Nicole Theresa Morrow, WSBA #51546<br>John A. McIntosh, WSBA #43113<br>901 5th Avenue, Suite 1400<br>Seattle, WA 98164-1039<br>jkestle@foum.law<br>nmorrow@foum.law<br><br>**Attorneys for Defendant NCW Trustee Services, LLC** |

STIPULATED MOTION FOR EXTENSION OF TIME