UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRA RUSSELL,<br><br>     Plaintiff,<br><br> v.<br><br>WADOT CAPITAL, INC., et al.,<br><br>     Defendants. | CASE NO. C22-0531JLR<br><br>SHOW CAUSE ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.*; *see also Boden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006) (requiring newly added defendants to be served within 90 days after an amended complaint is filed).

On October 26, 2022, Plaintiff Petra Russell filed a second amended complaint adding Jared Ekdahl and National Capital Partners, Inc. (together, the "NCP Defendants") as Defendants. (2d Am. Compl. (Dkt. # 31); *see also* Prop. 2d Am. Compl. (Dkt. # 29-2) (highlighting the additions and changes made in the second amended complaint).) Although over six months have passed since she filed her second amended complaint, Ms. Russell has not filed proof that she has served the NCP Defendants with a summons and a copy of her second amended complaint within the 90-day timeframe provided in Rule 4(m). (*See generally* Dkt.)

Accordingly, the court ORDERS Ms. Russell to SHOW CAUSE, by May 17, 2023, why her claims against the NCP Defendants should not be dismissed for failure to comply with Rule 4(m). Alternatively, Ms. Russell may respond, by May 17, 2023, with proof that the NCP Defendants have in fact been served or have agreed to waive service. If Ms. Russell does not demonstrate good cause for the failure to comply with Rule 4(m), the court will dismiss her claims against the NCP Defendants without prejudice.

Dated this 10th day of May, 2023.

JAMES L. ROBART
United States District Judge