UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRA RUSSELL,

Plaintiff,

v.

WADOT CAPITAL, INC., et al.,

Defendants.

CASE NO. C22-0531JLR

ORDER

On September 21, 2023, counsel for Plaintiff Petra Russell notified the court by email that Ms. Russell had passed away as a result of the stroke that she suffered in August 2023. The court offers its condolences to Ms. Russell's family and loved ones.

In light of Ms. Russell's passing, the court exercises its discretion under Federal Rule of Civil Procedure 1 to STRIKE the noting date for Defendants' pending motion for summary judgment (Dkt. # 63) and STAY this matter for 60 days to allow Ms. Russell's heir(s) time to consult counsel and determine whether and how to proceed in this matter. *See* Fed. R. Civ. P. 1 (directing courts to construe the Federal Rules of Civil Procedure

"to secure the just, speedy, and inexpensive determination of every action and proceeding"). The court DIRECTS counsel for Ms. Russell to (1) file and serve, by no later than **September 29, 2023**, a statement noting Ms. Russell's death and (2) review Federal Rule of Civil Procedure 25(a), which governs substitution of parties in the event of a party's death.[1] Counsel for Ms. Russell shall file a report regarding the status of this matter by no later than **November 20, 2023**.

Dated this 21st day of September, 2023.

JAMES L. ROBART
United States District Judge

[1] "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).