UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRA RUSSELL,<br><br>   Plaintiff,<br><br>   v.<br><br>WADOT CAPITAL, INC., et al.,<br><br>   Defendants. | CASE NO. C22-0531JLR<br><br>ORDER |

Before the court is Patric Russell's motion for substitution pursuant to Federal Rule of Civil Procedure 25(a).  (Mot. (Dkt. # 82).)  Mr. Russell, the son of deceased Plaintiff Petra Russell, has been appointed administrator of Ms. Russell's estate and seeks to continue this case in that capacity.  (*Id.* at 2; Russell Decl. (Dkt. # 83) ¶¶ 2-4.)  None of the Defendants filed a response to Mr. Russell's motion.  (*See generally* Dkt.)  *See* Local Rules W.D. Wash. LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").  The court GRANTS Mr. Russell's motion

ORDER - 1

for substitution (Dkt. # 82). Mr. Russell shall file, by no later than **January 23, 2024**, a third amended complaint that names Mr. Russell as Plaintiff as administrator of the Estate of Petra Russell and as successor to Ms. Russell. Leave to amend is strictly limited to those amendments necessary to reflect Mr. Russell's substitution as Plaintiff.

The court entered a stay in this matter on September 21, 2023, after it learned of Ms. Russell's passing. (9/21/23 Order (Dkt. # 78).) On November 20, 2023, the court extended the stay through January 26, 2024; vacated the February 26, 2024 trial date; and informed the parties that it would issue a new pretrial schedule that resets the deadlines that had not yet expired when the stay went into effect after it decided Mr. Russell's motion for substitution. (11/20/23 Min. Order (Dkt. # 81).) Thus, the court DIRECTS the parties to file, by no later than **January 23, 2024**, a joint report that sets forth the dates between July 29, 2024, and July 31, 2025, on which trial counsel may have complications to be considered when setting a trial date.

Dated this 9th day of January, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2