UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIC RUSSELL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WADOT CAPITAL, INC., et al.,<br><br>        Defendants. | CASE NO. C22-0531JLR<br><br>ORDER SETTING TRIAL DATE |

On January 9, 2024, the court granted Plaintiff Patric Russell leave to substitute into this case as Plaintiff on behalf of himself and the estate of deceased former Plaintiff Petra Russell.  (1/9/24 Order (Dkt. # 84); *see also* 3d Am. Compl. (Dkt. # 86) (naming Mr. Russell as "Administrator and Successor of" Ms. Russell's estate).)  In that order, the court directed the parties to file a joint report setting forth the dates between July 29, 2024, and July 31, 2025, on which counsel have complications to be considered when setting a trial date.  (1/9/24 Order at 2.)  Having reviewed counsel's joint report, the court (1) LIFTS the stay in this matter; (2) RESETS the parties' jury trial on **March 10, 2025**;

ORDER - 1

1  and (3) RESETS all pretrial deadlines that had not yet expired when the court stayed this

2  matter on September 21, 2023.  (*See* Sched. Ord. (Dkt. # 20); 9/21/23 Order (Dkt. # 78);

3  *see also* 11/20/23 Min. Order (Dkt. # 81) (extending the stay).)  The amended pretrial

4  schedule is as follows:

|  | **Original Date** | **New Date** |
|---|---|---|
| **JURY TRIAL DATE** | February 26, 2024 | March 10, 2025 |
| Length of Trial | 5-7 days | 5-7 days |
| All motions related to discovery must be filed by | September 29, 2023 | February 28, 2024 |
| Discovery completed by | October 30, 2023 | April 1, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | November 28, 2023 | May 1, 2024 |
| Settlement conference held no later than | December 28, 2023 | January 9, 2025 |
| All motions in limine must be filed by | January 16, 2024 | January 21, 2025 |
| Agreed pretrial order due | February 5, 2024 | February 18, 2025 |
| Deposition designations submitted to the court in hard copy by | February 7, 2024 | February 18, 2025 |
| Pretrial conference to be held at 2:00 p.m. on | February 12, 2024 | February 24, 2025 |
| Trial briefs, proposed voir dire, jury instructions due by | February 20, 2024 | March 3, 2025 |

18  //

19  //

20  //

21  //

22  //

ORDER - 2

1   Aside from the deadlines stated above, all other provisions of the court's original
2   scheduling order (Dkt. # 20) remain in effect.
3   Dated this 24th day of January, 2024.

JAMES L. ROBART
United States District Judge