UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIC RUSSELL,<br><br>    Plaintiff,<br><br>  v.<br><br>WADOT CAPITAL, INC., et al.,<br><br>    Defendants. | CASE NO. C22-0531JLR<br><br>ORDER |

On May 7, 2024, the court ordered Plaintiff Patric Russell, as administrator and successor of the Estate of Petra Russell, and Defendants WADOT Capital, Inc., Erik Egger, Nicole House, Michael White, Steven White, HMJOINT, LLC, Michele Chaffee, and Lisa Hallmon (collectively, the "WADOT Defendants") to submit supplemental briefing regarding the WADOT Defendants' third motion for summary judgment. (5/7/24 Order (Dkt. # 101).)  The court ordered Mr. Russell to file, by no later than May 17, 2024, a supplemental brief that (1) addresses whether Ms. Russell's statements in her verified complaints and declarations are admissible under any hearsay exception and

ORDER - 1

(2) responds to the WADOT Defendants' motion for summary judgment without relying on Ms. Russell's hearsay statements. (*Id.* at 3.) The court also granted the WADOT Defendants leave to file an optional reply by no later than May 24, 2024, and stayed briefing on motions for summary judgment filed by other defendants in this action pending the resolution of the WADOT Defendants' motion. (*Id.* at 3-4.)

On May 8, 2024, Mr. Russell's attorney filed a response to the court's May 7, 2024 order in which he requests a two-week extension of the deadline to file the supplemental brief due to unspecified "workload and commitments." (Resp. (Dkt. # 102).) Counsel is reminded that "[a] request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). Because the court manages a heavy caseload, there is no guarantee that the court will see and timely act upon a request for relief absent a motion. Nevertheless, the court will GRANT counsel's request for an extension of the deadline to file Mr. Russell's supplemental brief and will allow the WADOT Defendants additional time to prepare their reply. Mr. Russell shall file his supplemental brief by no later than **May 31, 2024**, and the WADOT Defendants may file their optional reply by no later than **June 14, 2024**. No further extensions of the deadline for Mr. Russell to file his brief will be granted. The Clerk is DIRECTED to re-note the WADOT Defendants' third motion for summary judgment (Dkt. # 88) for June 14, 2024.

Dated this 8th day of May, 2024.

JAMES L. ROBART
United States District Judge