UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIC RUSSELL, | CASE NO. C22-0531JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WADOT CAPITAL, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants' motion for an award of attorneys' fees and costs and Plaintiffs' response thereto. (Mot. (Dkt. # 163); Resp. (Dkt. # 168).) Defendants are ORDERED to address in their reply brief Plaintiffs' arguments regarding (1) whether this action was "on a contract" within the meaning of the fee provisions in the Second Loan Agreement, Second Promissory Note, and Second Deed of Trust and (2) the effect, if any, of the Deed of Trust Act's anti-deficiency provision. (*See* Resp. at 2-10.)  To

MINUTE ORDER - 1

accommodate this briefing, the court GRANTS Defendants leave to file a reply brief of up to 4,200 words and CONTINUES Defendants' deadline to file that brief to **March 31, 2026**. The Clerk is DIRECTED to renote Defendants' motion for an award of attorneys' fees and costs on March 31, 2026.

       Filed and entered this 20th day of March, 2026.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2