UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRIC RUSSELL, | CASE NO. C22-0531JLR |
| Plaintiff, | ORDER |
| v. | |
| WADOT CAPITAL, INC., et al., | |
| Defendants. | |

Before the court is the motion for reconsideration filed by Plaintiff Patric Russell, as administrator and successor of the estate of deceased former Plaintiff Petra Russell. (MFR (Dkt. # 185).) Mr. Russell moves the court to reconsider its June 4, 2026 order granting Defendants WADOT Capital, Inc., Erik Egger, Nicole House, Michael White, Steven White, HMJOINT, LLC, Michele Chaffee, and Lisa Hallmon's (the "WADOT Defendants") motion for an award of attorneys' fees and costs. (6/4/26 Order (Dkt. # 184).) The court ORDERS the WADOT Defendants to respond to Mr. Russell's motion for reconsideration by no later than **July 2, 2026**. The WADOT Defendants'

ORDER - 1

response shall be limited to 2,100 words in length.  Mr. Russell may file an optional reply, limited to 1,050 words in length, by no later than **July 9, 2026**.  The Clerk is DIRECTED to renote Mr. Russell's motion for reconsideration (Dkt. # 185) for July 9, 2026.

Dated this 18th day of June, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2